UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

DANA ANTHONY MACKEY,

          Defendant.

- - - - - - - - - - - - - - - - - x

**07 CRIM 614**

NOTICE OF INTENT
TO FILE AN
INFORMATION

07 Cr.

      Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         July 5, 2007

                          MICHAEL J. GARCIA
                          United States Attorney

By: _____
     Eugene Ingoglia
     Assistant United States Attorney

AGREED AND CONSENTED TO:

By: _____
     Michael Gilbert, Esq.
     Attorney for DANA ANTHONY MACKEY

FILED
JUL 05 2007