UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                :
UNITED STATES OF AMERICA     :

        v.                  :    07 Cr. 614

DANA ANTHONY MACKEY,        :

             Defendant.   :
- - - - - - - - - - - - - - - - X

       The above-named defendant, who is accused of violating Title 21, United States Code, Section 846, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by Information instead of by Indictment.

 

DANA ANTHONY MACKEY
Defendant

R. Chambers
Witness

Michael Gilbert, Esq.
Counsel for Defendant

Date:  New York, New York
       July 5, 2007

0202