

U.S. Department of Justice

United States Attorney
Southern District of New York

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 26, 2007





**By Facsimile and By Hand**
Honorable Richard J. Holwell
United States District Court
500 Pearl Street
New York, New York 10007

Re:  United States v. Dana Mackey
     07 Cr. 614 (RJH)

Dear Judge Holwell:

The Government writes to respectfully request, on behalf of both parties, that the next conference in the above-referenced matter be re-scheduled from July 27, 2007 to September 5, 2007, at 12:00 p.m.

The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between July 27 and September 5, 2007. This delay will permit the Government and the defense to continue discussions concerning the possibility of a disposition before trial. The Government makes this request with the consent of counsel for the defendant.

Application Granted.
Conference adjourned to 9/5/07
at 12:00 noon. Time is excluded
under the STA to permit defendant
to evaluate a pretrial disposition.
The exclusion of time is in the
interests of justice and
outweighs the interests of
the defendant and the public
in a speedy trial.

Very truly yours,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Eugene Ingoglia
Assistant United States Attorney
(212) 637-1113

cc: Michael Gilbert, Esq. (by facsimile)

SO ORDERED

USDJ  8/8/07

NEXT PTC  9/5/07 @ 12:30 pm