U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 4, 2007



The Honorable Richard J. Holwell
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: <u>United States v. Dana Mackey</u>, 07 Cr. 614 (RJH)

Dear Judge Holwell:

  As discussed with Your Honor's Deputy, the next conference in the above-referenced matter has been re-scheduled from September 5, 2007 to September 17, 2007, at 12:30 p.m.

  The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between September 5 and September 17, 2007. This will permit the Government and counsel for the defense to continue discussions concerning a possible disposition of this matter without the need for trial. The Government makes this request with the consent of counsel for the defendant.

*Application Granted.*
*Time is excluded under the STA*
*from today to September 17, 2007*
*in the interests of justice and for*
*the above stated reasons.*
*SO ORDERED*
[signature]
US DJ
9/5/07

Respectfully Submitted,

MICHAEL J. GARCIA
United States Attorney

By: [signature]
Eugene Ingoglia
Assistant United States Attorney
(212) 637-1113

cc: Michael Gilbert, Esq.
  (counsel for the defendant)